In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-26-00206-CR**
_____

**EX PARTE EVAN WALTER THOMPSON**

**On Appeal from the 356th District Court**
**Hardin County, Texas**
**Trial Cause No. 30096**

**MEMORANDUM OPINION**

Before this Court issued an opinion, Appellant Evan Walter Thompson filed a motion to dismiss this accelerated appeal. *See* Tex. R. App. P. 42.2(a). The motion is personally signed by Appellant and his attorney. *Id.* We grant the motion and dismiss the appeal. *See id.* 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on July 21, 2026
Opinion Delivered July 22, 2026
Do Not Publish
Before Golemon, C.J., Johnson and Chambers, JJ.

1